McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL MARIK,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.: 2:05-CV-00680-RRB-PAN<br><br>[proposed] ORDER APPROVING THE PARTIES' STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S INTERROGATORIES |

The Stipulation to Extend Defendant's Time to Respond to Plaintiff's Interrogatories, filed herein on December 14, 2005, is hereby APPROVED. Defendant shall have to January 13, 2006, to serve its responses to plaintiff's interrogatories.

IT IS SO ORDERED.

DATED:  12/15/05                             /s/
                                            RALPH R. BEISTLINE
                                            United States District Judge

1