McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL MARIK,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Case No.: 2:05-CV-00680-RRB-PAN<br><br>[~~proposed~~] ORDER STAYING DISCOVERY PURSUANT TO STIPULATION |

On January 14, 2006, the parties filed a Stipulation to Stay Discovery with the Court. Good cause having been shown therein, discovery shall be stayed until after the Court rules on defendant's dispositive motion (to be filed and scheduled for hearing on March 3, 2006, at 9:30 a.m., PST), and key defense witness Col. DawnLee DeYoung returns to the United States from her military deployment in Djibouti.

In the event defendant's dispositive motion is denied, then the parties shall file a joint status report thirty (30) days from electronic service of the Court's ruling, to advise the Court on Col. DeYoung's status and to suggest any revisions to the pretrial schedule, if necessary.

IT IS SO ORDERED.

DATED: 1/18/06

RALPH R. BEISTLINE
United States District Judge

1